Barry G. Felder
Rachel E. Kramer
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474
bgfelder@foley.com
rkramer@foley.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br><br>-against-<br><br>FINDLAY ESTATES, LLC, SHEINDY GRUNHUT, COHLER FUEL OIL COMPANY, INC., and JOHN DOES 1-50, the names of the last 50 Defendants, being fictitious and unknown to Plaintiff, such persons or parties being intended to designate parties with liens that are subject and subordinate to the lien of the mortgage being foreclosed herein and tenants, lessees, or occupants of portions of the mortgaged premises described in the Complaint,<br><br>      Defendants. | Case No. 20-cv-8884<br><br>**NOTICE OF PENDENCY**<br><br>1056, 1060, and 1064 Findlay Avenue, Bronx, New York<br><br>Block 2433, Lots 46, 48, and 49 |

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in the United States District Court for the Southern District of New York, upon a complaint of the above-named plaintiff, a copy of which is filed herewith, against the above-named defendants for foreclosure of a mortgage lien executed by defendants and held by Plaintiff Federal Home Loan Mortgage Corporation ("Plaintiff") in the principal amount of Six Million Three Hundred Thirty-

Five Thousand and 00/100 Dollars ($6,335,000.00), and established by a Consolidation, Extension and Modification Agreement dated January 14, 2019, to which was attached as Exhibit C a Multifamily Mortgage, Assignment of Rents and Security Agreement (the "Mortgage").  The Mortgage was duly recorded in the Office of the City Register of the City of New York on January 23, 2019 as CRFN No. 2019000025626, and was duly indexed according to law, and the mortgage tax, if any imposed upon the recording, was duly paid.  An assignment of the Mortgage to Plaintiff was duly recorded in the Office of the City Register of the City of New York on January 23, 2019 as CRFN No. 2019000025627, and was duly indexed according to law.

     NOTICE IS FURTHER GIVEN that the property affected by this action is situated entirely within the County of Bronx, with an address of 1056, 1060, and 1064 Findlay Avenue, Bronx, New York, designated as Block 2433, Lots 46, 48, and 49 on the Land Map of the County of Bronx, hereby designated pursuant to CPLR 6511(b) as being the Block which is affected by the notice of pendency of this action and bounded by and described as follows:

        See attached Schedule A.

Dated: October 23, 2020

                              FOLEY & LARDNER LLP

                              By: /s/ [signature]
                                 Barry G. Felder
                                 Rachel E. Kramer
                              90 Park Avenue
                              New York, New York 10016
                              (212) 682-7474
                              Attorneys for Plaintiff
                              Federal Home Loan Mortgage Corporation

TO THE CLERK OF BRONX COUNTY:

Please index the foregoing Notice of Pendency of Action according to law against the defendants for Block 2433, Lots 46, 48, and 49 on the Land Map of the County of Bronx.

TO:

Findlay Estates LLC
72 Horton Drive, Unit G3
Monsey, New York 10952

Sheindy Grunhut
72 Horton Drive, Unit G3
Monsey, New York 10952

Cohler Fuel Oil Company, Inc.
4006 14th Avenue
Brooklyn, New York 11218

# **SCHEDULE A**

Legal Description

**Parcel I: (1056 Findlay Ave, Bronx, NY)**
ALL that certain plot, piece or parcel of land, with the building and improvements thereon erected, situate, lying and being in the Borough and County of Bronx, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of Findlay Avenue, distant 148 feet northerly from the corner formed by the intersection of the said easterly side of Findlay Avenue with the northerly side of East 165th Street;

RUNNING THENCE easterly parallel with the northerly side of 165th Street, and part of the distance through a party wall, 100.01 feet;

THENCE northerly parallel with the easterly side of Findlay Avenue, 36 feet;

THENCE westerly again parallel with the northerly side of 165th Street, and for a part of the way through another party wall, 100.01 feet to the easterly side of Findlay Avenue; and

THENCE southerly along the easterly side of Findlay Avenue, 36 feet to the point or place of BEGINNING.

For Information Only:
Premises being known as 1056 Findlay Avenue, Bronx, NY 10456
Block: 2433 Lots: 46

**Parcel II: (1060 Findlay Ave, Bronx, NY)**
ALL that certain plot, piece or parcel of land, with the building and improvements thereon erected, situate, lying and being in the Borough and County of Bronx, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of Findlay Avenue, distant 184 feet northerly from the corner formed by the intersection of the said easterly side of Findlay Avenue with the northerly side of East 165th Street;

RUNNING THENCE easterly parallel with the northerly side of 165th Street and for part of the distance through a party wall, 100.01 feet;

THENCE northerly parallel with the easterly side of Findlay Avenue, 36 feet;

THENCE westerly again parallel with the northerly side of 165th Street and for part of the way through another party wall, 100.01 feet to the easterly side of Findlay Avenue; and

THENCE southerly along the said easterly side of Findlay Avenue, 36 feet to the point or place of BEGINNING.

For Information Only:
Premises being known as 1060 Findlay Avenue, Bronx, NY 10456
Block: 2433 Lots: 48

### Parcel III: (1064 Findlay Ave, Bronx, NY)

ALL that certain plot, piece or parcel of land, with the building and improvements thereon erected, situate, lying and being in the Borough and County of Bronx, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of Findlay Avenue, distant 220 feet northerly from the corner formed by the intersection of the easterly side of Findlay Avenue with the northerly side of East 165th Street;

RUNNING THENCE easterly parallel with the northerly side of East 165th Street and part of the way through a party wall, 100 feet to the center line of the block;

THENCE northerly along said center line of the block, 36 feet;

THENCE westerly again parallel with the northerly side of East 165th Street, and part of the way through another party wall, 100 feet to the easterly side of Findlay Avenue; and

THENCE southerly along the said easterly side of Findlay Avenue, 36 feet to the point or place of BEGINNING.

For Information Only:
Premises being known as 1064 Findlay Avenue, Bronx, NY 10456
Block: 2433 Lots: 49