UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL HOME LOAN MORTGAGE CORPORATION,

                              Plaintiff,

-v-

FINDLAY ESTATES, LLC, SHEINDY GRUNHUT, COHLER FUEL OIL COMPANY, INC., and JOHN DOES 1-50, the names of the last 50 Defendants, being fictitious and unknown to Plaintiff, such persons or parties being intended to designate parties with liens that are subject and subordinate to the lien of the mortgage being foreclosed herein and tenants, lessees, or occupants of portions of the mortgaged premises described in the Complaint,

                              Defendants.

20 Civ. 8884 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff Federal Home Loan Mortgage Corporation's motion to appointment a receiver and managing agent. *See* Dkts. 6–14. The Court sets the following briefing schedule for the motion:

- Defendants' opposition to the motion, if any, is due November 13, 2020;
- Plaintiff's reply, if any, is due November 20, 2020.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: October 30, 2020
         New York, New York