UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>          Plaintiff,<br>    -v-<br><br>FINDLAY ESTATES, LLC, SHEINDY GRUNHUT, COHLER FUEL OIL COMPANY, INC., and JOHN DOES 1-50, the names of the last 50 Defendants, being fictitious and unknown to Plaintiff, such persons or parties being intended to designate parties with liens that are subject and subordinate to the lien of the mortgage being foreclosed herein and tenants, lessees, or occupants of portions of the mortgaged premises described in the Complaint,<br><br>          Defendants. | 20 Civ. 8884 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 30, 2020, the Court set a briefing schedule on plaintiff's motion to appoint a receiver and managing agent. Dkt. 19. However, the Court understands that the defendants in this case have not yet appeared. Accordingly, the Court extends the briefing schedule on plaintiff's motion to appoint a receiver and managing agent as follows:

- Defendants' opposition to the motion, if any, is due November 30, 2020;
- Plaintiff's reply, if any, is due December 7, 2020.

Plaintiff is directed to serve a copy of this order and its motion to appoint a receiver and managing agent at dockets 6–14 by November 10, 2020 and to file forthwith proof of service.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 6, 2020
       New York, New York

2