UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL HOME LOAN MORTGAGE CORPORATION,

                     Plaintiff,

-v-

FINDLAY ESTATES, LLC, SHEINDY GRUNHUT, COHLER FUEL OIL COMPANY, INC., and JOHN DOES 1-50, the names of the last 50 Defendants, being fictitious and unknown to Plaintiff, such persons or parties being intended to designate parties with liens that are subject and subordinate to the lien of the mortgage being foreclosed herein and tenants, lessees, or occupants of portions of the mortgaged premises described in the Complaint,

                     Defendants.

20 Civ. 8884 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 13, 2020, the defendants filed a motion to dismiss for lack of jurisdiction under Rule 12(b)(1). Dkt. 29. The Court sets the following briefing schedule:

- Plaintiff's opposition to the motion, if any, is due January 6, 2021;
- Defendants' reply, if any, is due January 13, 2021.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 16, 2020
       New York, New York