UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>   Plaintiff,<br><br> -against-<br><br>FINDLAY ESTATES, LLC, SHEINDY GRUNHUT, COHLER FUEL OIL COMPANY, INC., and JOHN DOES 1-50, the names of the last 50 Defendants, being fictitious and unknown to Plaintiff, such persons or parties being intended to designate parties with liens that are subject and subordinate to the lien of the mortgage being foreclosed herein and tenants, lessees, or occupants of portions of the mortgaged premises described in the Complaint,<br><br>   Defendants. | Case No. 20-cv-8884-PAE<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, for the reasons stated in the accompanying memorandum of law, and upon the Declaration of Alix Pierre dated November 23, 2020 and the exhibits thereto, the Declaration of Jon W. Brayshaw dated January 14, 2021 and the exhibits thereto, and the Declaration of Alix Pierre dated January 14, 2021 and the exhibits thereto, PFSS 2020 Holding Company, LLC, by its attorneys Nelson Mullins Riley & Scarborough LLP, and Greystone Servicing Company LLC f/k/a Greystone Servicing Corporation, Inc. ("Greystone") and Federal Home Loan Mortgage Corporation, by their attorneys, Foley & Lardner LLP, will apply to this Court, before the Honorable Paul Engelmayer, United States District Judge, at the United States Courthouse, 40 Foley Square, New York New York, or by remote means, at a time to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 25(c) substituting PFSS 2020 Holding Company, LLC as plaintiff in this action in accordance with the proposed order; and granting such other relief as the Court deems just and proper.

Dated: New York, New York
      January 14, 2021

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/Alan Kaufman*
     Alan Kaufman
NELSON MULLINS
280 Park Avenue, 15th Floor West
New York, New York 10017
(646) 428-2600
alan.kaufman@nelsonmullins.com

*Attorneys for incoming Plaintiff*
*PFSS 2020 Holding Company, LLC*


FOLEY & LARDNER LLP

By: *s/Rachel E. Kramer*
     Barry G. Felder
     Rachel E. Kramer
90 Park Avenue
New York, New York 10016
(212) 682-7474
bgfelder@foley.com
rkramer@foley.com

*Attorneys for outgoing Plaintiffs Greystone Servicing Company LLC and Federal Home Loan Mortgage Corporation*