UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PFSS 2020 HOLDING COMPANY LLC,

                              Plaintiff,

-v-

FINDLAY ESTATES, LLC, et al.,

                              Defendants.

20 Civ. 8884 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 28, 2021, plaintiff filed an amended complaint to include as defendants the City of New York, New York City Environmental Control Board, Tamid LLC, and New York City Department of Housing Preservation and Development. Dkt. 75. Plaintiff alleges that each of these defendants has or may have a subordinate lien on the subject property. *Id.* ¶¶ 6–9. Accordingly, the parties are instructed, within one week of this order, to file a joint letter advising the Court of the status of this action and any settlement discussions.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                 _____
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: June 8, 2021
       New York, New York