UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFSS 2020 HOLDING COMPANY LLC,<br><br>                                 Plaintiff,<br>-v-<br><br>FINDLAY ESTATES, LLC, et al.,<br><br>                                Defendants. | 20 Civ. 8884 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the case management conference currently scheduled for July 29, 2021 at 3 p.m. is rescheduled for July 27, 2021 at 3 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 28, 2021
       New York, New York