UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PFSS 2020 HOLDING COMPANY LLC,

                          Plaintiff,

              -v-

FINDLAY ESTATES, LLC, et al.,

                         Defendants.

20 Civ. 8884 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Due to a scheduling conflict, the case management conference currently scheduled for July 27, 2021 at 3 p.m. is rescheduled for 4 p.m. the same day.

    The Court anticipates taking up the outstanding discovery dispute and the status of settlement discussions at that time.

    SO ORDERED.

*[Signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 23, 2021
       New York, New York