UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PFSS 2020 HOLDING COMPANY LLC,

                        Plaintiff,

          -v-

FINDLAY ESTATES, LLC, et al.,

                        Defendants.

20 Civ. 8884 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       A case management conference is scheduled for July 27, 2021 at 4 p.m. Dkt. 89. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

       SO ORDERED.

                                                  *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: July 26, 2021
       New York, New York