UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PFSS 2020 HOLDING COMPANY LLC,

                              Plaintiff,

-v-

FINDLAY ESTATES, LLC, et al.,

                              Defendants.

20 Civ. 8884 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court directed defense counsel, by July 30, 2021 at 5 p.m., to produce all outstanding document discovery to plaintiff's counsel. Defense counsel is directed **personally** to review defendants' records to assure full production of responsive material. By August 2, 2021 at 5 p.m., defense counsel is directed to file a sworn declaration describing with specificity the steps counsel took to assure that document discovery to plaintiff's counsel is complete.

Separately, plaintiff's counsel is directed to attempt to make contact with the "City defendants" added to the amended complaint, Dkt. 75, to ascertain whether they intend to participate in this litigation.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: July 27, 2021
       New York, New York