UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PFSS 2020 HOLDING COMPANY, LLC,

                              Plaintiff,

-v-

FINDLAY ESTATES, LLC ET AL,

                              Defendant.

20 Civ. 8884 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received plaintiff's motion for default. The Court directs plaintiff to submit a proposed order, reflecting the terms of the proposed judgment. The Court does so because plaintiff's submission leaves opaque who would be responsible for managing the affected properties following such a judgment but before its appointment of a receiver. The Court intends to assure that the interests of third parties such as residents will not be negatively impacted by the entry of a default judgment before a receiver has been appointed to assume managerial responsibilities.

      The Court also directs plaintiff to submit its motion for default in accordance with the Court's individual rules.

      SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: August 27, 2021
       New York, New York